STATE of Missouri, Respondent,

v.

Richard BANKS, Appellant.

No. 49948.

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 17, 1985.

James S. McKay, St. Louis, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for burglary, first degree, in violation of § 569.160, RSMo 1978, and attempted robbery, first degree, in violation of § 564.011, RSMo 1978.

Judgment affirmed.   Rule 30.25(b).